**Order entered June 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01449-CV

## IN THE INTEREST OF J.C.J., A CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-53747-2009**

## ORDER

We **GRANT** appellee's June 3, 2015 motion for extension of time to file brief and

**ORDER** the brief tendered to the Clerk of the Court June 8, 2015 filed as of the date of this

order.


/s/      CRAIG STODDART
JUSTICE